# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT JOHNSTON,

    Plaintiff,

vs.

RIVIERA OPERATING CORPORATION, d/b/a RIVIERA HOTEL & CASINO, a Nevada corporation, PARAGON RIVIERA LLC, a Nevada Limited Liability Company,

    Defendants.

Case No. 2:16-cv-00485-JCM-PAL

**ORDER**

This matter is before the Court on Defendants' Request for Exemption to Attendance Requirements (ECF No. 19), filed on May 27, 2016. Plaintiff filed an Opposition (ECF No. 21) on June 7, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendants' Request for Exemption to Attendance Requirements (ECF No. 19) is **denied** without prejudice. The Court would reconsider Defendants' request for exemption if Defendants provide Plaintiff with its insurance information and Plaintiff agrees that Defendants' insurance carrier's attendance is not required.

DATED this 8th day of June, 2016.

                                        */s/ George Foley Jr.*
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge