ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant, Riviera Operating Corporation d/b/a Riviera Hotel & Casino and Paragon Riviera LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOHNSTON,<br><br>Plaintiff,<br><br>vs.<br><br>RIVIERA OPERATING CORPORATION, d/b/a RIVIERA HOTEL & CASINO, a Nevada corporation, PARAGON RIVIERA LLC, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO.: 2:16-cv-00485-JCM-PAL<br><br>**STIPULATION AND ORDER FOR RIVIERA'S INSURANCE CARRIER TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**(First Request)** |

Defendants, Riviera Operating Corporation d/b/a Riviera Hotel & Casino ("Riviera"), and Paragon Riviera LLC ("Paragon"), (collectively referred to as "Defendants") and Plaintiff Robert Johnston ("Plaintiff") by and through their respective undersigned counsel, hereby agree that Riviera's insurance carrier can appear telephonically at the Early Neutral Evaluation ("ENE"), which is currently set for June 27, 2016 at 9:00 a.m. (ECF No. 13.)

On May 27, 2016 Defendants filed their Request for Exemption that Riviera's insurance carrier be exempt from attendance at the ENE. (ECF No. 19.) On June 7, 2016, Plaintiff filed an Opposition (ECF No. 21) indicating that attendance was necessary for Plaintiff to gain specifics

regarding coverage. On June 9, 2016, the court denied Defendants' Request with prejudice (ECF No. 22) indicating that it would reconsider Defendants' request for exemption if the parties agree attendance is not required. (*see id.*)

On June 9, 2016, the parties met and conferred via e-mail. (*See* Declaration of Dana B. Salmonson at ¶ 5, attached hereto as **Exhibit A**.) Defendants' counsel asked if the insurance carrier could appear telephonically, indicating that Riviera's insurance carrier was in New York and would rather put the cost of travel expenses for personal attendance towards a possible settlement. (*See id.*) Plaintiff's counsel agreed that the insurance carrier could appear telephonically, and the parties agreed to submit this Stipulation as a result. (*See* Exhibit A at ¶ 6.) This stipulation is not brought for the purposes of delay of any other improper purpose.

Accordingly, the parties are respectfully requesting that the insurance carrier be allowed to appear telephonically at the June 27, 2016 ENE.

Dated this 16th day of June, 2016.

LIZADA LAW FIRM, LTD.

/s/ Angela J. Lizada
ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
800 N. Rainbow Blvd. Ste. 130
Las Vegas, NV 89107

*Attorney for Plaintiff Robert Johnston*

Dated this 16th day of June, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C

/s/ Dana B. Salmonson
ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
DANA B. SALMONSON, ESQ.
Nevada Bar No. 11180
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169

*Attorneys for Defendants, Riviera Operating Corporation d/b/a Riviera Hotel & Casino and Paragon Riviera LLC*

### ORDER

IT IS SO ORDERED.

DATED: 6/16/2016

_____
UNITED STATES MAGISTRATE JUDGE

2