ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant, Riviera Operating Corporation d/b/a Riviera Hotel & Casino and Paragon Riviera LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOHNSTON, <br><br> Plaintiff, <br><br> vs. <br><br> RIVIERA OPERATING CORPORATION, d/b/a RIVIERA HOTEL & CASINO, a Nevada corporation, PARAGON RIVIERA LLC, a Nevada Limited Liability Company, <br><br> Defendants. | CASE NO.: 2:16-cv-00485-JCM-PAL <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, Riviera Operating Corporation d/b/a Riviera Hotel & Casino ("Riviera"), and Paragon Riviera LLC ("Paragon"), (collectively referred to as "Defendants") and Plaintiff Robert Johnston ("Plaintiff") by and through their

respective undersigned counsel, that the above-entitled action shall be dismissed with prejudice, each party to bear its own fees and costs.

| Dated this 1st day of December, 2016. | Dated this 1st day of December, 2016. |
|---|---|
| LIZADA LAW FIRM, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C |
| /s/ Angela J. Lizada | /s/ Dana B. Salmonson |
| ANGELA J. LIZADA, ESQ.<br>Nevada Bar No. 11637<br>800 N. Rainbow Blvd. Ste. 130<br>Las Vegas, NV 89107<br><br>*Attorney for Plaintiff Robert Johnston* | ANTHONY L. MARTIN, ESQ.<br>Nevada Bar No. 8177<br>DANA B. SALMONSON, ESQ.<br>Nevada Bar No. 11180<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants, Riviera Operating Corporation d/b/a Riviera Hotel & Casino and Paragon Riviera LLC* |

**ORDER**

IT IS SO ORDERED.

DATED: December 5, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

27714389.1

2